**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SOOKBOX DEVELOPMENT LLC,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:17-CV-155-JRG-** |
| | § | **KNM** |
| **HOMELOGIC, LLC.** | § | |

## ORDER

The Court has considered Sookbox Development, LLC's ("Plaintiff") Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(i). Doc. No. 5. The Court is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Defendant are **DISMISSED without prejudice**.

**So ORDERED and SIGNED this 12th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE